**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FRANK CHENET OLIVERE,

Plaintiff,

v. Civil Action No. 3:25cv723

STEPHANIE REITHER, Director,
Norfolk Field Office,
United States Citizenship and
Immigration Services, et al.,

Defendants.

**ORDER**

Having considered the DEFENDANTS' MOTION FOR EXTENSION OF TIME DUE TO LAPSE IN APPROPRIATIONS ("Motion for Extension") (ECF No. 7), and for good cause shown, it is hereby ORDERED that the Motion for Extension (ECF No. 7) is granted. It is further ORDERED that the deadlines for the defendants to file their Answers and any other motions respecting the Complaint is extended commensurate with the duration of the lapse in appropriations.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 7, 2025